**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone (209) 477-3833**
**ROBERT J. WASSERMAN**
**CA State Bar No. 258538**
**JENNY D. BAYSINGER**
**CA State Bar No. 251014**

**Attorneys for Plaintiff, ANDREW GERDEMAN**

**THOMAS E. MONTGOMERY, County Counsel**
**County of San Diego**
**By SMITHA ARONS, Senior Deputy (SBN: 224866)**
**1600 Pacific Highway, Room 355**
**San Diego, CA 92101-2469**
**Telephone: (619) 531-4878**
**Facsimile: (619) 531-6005**
**Email: Smitha.Arons@sdcounty.ca.gov**

**Attorneys for Defendant, COUNTY OF SAN DIEGO**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW GERDEMAN**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**COUNTY OF SAN DIEGO, and DOES 1-40, inclusive,**<br><br>**Defendants.** | Case No.: 3:16-CV-0671-W-JLB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT, ALL PARTIES, and THEIR ATTORNEYS OF RECORD:

In accordance with Magistrate Judge Whelan's Chamber Rule 12, and pursuant to Federal Rules of Civil Procedure Rule 41, subdivision (a)(2), Plaintiff

Andrew Gerdeman ("Gerdeman" or "Plaintiff"), and Defendant County of San Diego ("Defendant" or "County") (all collectively, the "Parties") hereby jointly move for the entry of the attached Order of Dismissal, dismissing with prejudice all claims in the above-captioned action as between the Parties, all Parties to bear his/her/its own fees and costs. Dismissal is appropriate as the matter has been resolved in its entirety pursuant to a formal settlement agreement, which has been approved by the County Board of Supervisors.

DATED: May 8, 2017

MAYALL HURLEY, APC

By: /s/ Jenny D. Baysinger
ROBERT J. WASSERMAN
JENNY D. BAYSINGER
Attorneys for Plaintiff
ANDREW GERDEMAN

DATED: May 8, 2017

COUNTY COUNSEL, SAN DIEGO COUNTY

By: /s/ Smitha Arons
THOMAS E. MONTGOMERY
SMITHA ARONS
Attorneys for Defendant
COUNTY OF SAN DIEGO
(*Authorized on 04/17/2017*)

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

By: /s/ Jenny D. Baysinger
JENNY D. BAYSINGER